IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERREKO DEMESE THOMAS, #220470, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:10-cv-1101-MEF |
| ) | |
| FRANK ALBRIGHT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

On October 24, 2012, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief is denied as it was not filed within the one-year period of limitation of 28 U.S.C. § 2244(d)(1)(A) and this case is DISMISSED with prejudice.

DONE this the 27th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE